UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

FILED IN OPEN COURT
ON 5/12/2010
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

NO. 7:09-CR-76-2BO

UNITED STATES OF AMERICA )
)
v. ) **ORDER FOR DISMISSAL**
)
THOMAS JAVIE KINLAW, III )

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses Counts One and Five of the Indictment in the above-captioned matter.

This the 12th day of May, 2010.

GEORGE E. B. HOLDING
United States Attorney

THOMAS B. MURPHY
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

Date: 5/12/2010